# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| IFC CREDIT CORPORATION, | Case No.  09 B 27094 |
| Debtor. | Hon. Jacqueline P. Cox |
| DAVID P. LEIBOWITZ, as Chapter 7 Trustee for the estate of IFC Credit Corporation | |
| Plaintiff, | |
| v. | Adv. No. 01010 |
| FIRST CHICAGO BANK AND TRUST; | |
| COACTIV CAPITAL PARTNERS, INC; | |
| MANUFACTURERS AND TRADERS TRUST COMPANY; | |
| GREENWICH INSURANCE COMPANY; | |
| RUDOLPH D. TREBELS; LEE TREBELS; MARC LANGS; | |
| JAMES W. KILEY; and JAMES F. WHITE | |
| Defendants. | |

### RESPONSE OF GREENWICH INSURANCE COMPANY TO TRUSTEE'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Defendant Greenwich Insurance Company ("Greenwich"), for its response to the

Trustee's Motion for a Temporary Restraining Order and Preliminary Injunction, respectfully

adopts and incorporates by reference the positions set forth in the attached Response of Greenwich Insurance Company to Trustee's Objection to Greenwich's Motion for Relief from Automatic Stay, to the Extent Applicable, which was filed in this Case No. 09 B 27094 on October 16, 2009.

Date:  November 6, 2009

Respectfully submitted,

TROUTMAN SANDERS LLP

 /s/ Sara Doran_____
Sara Doran
55 West Monroe Street
Suite 3000
Chicago, IL 60603
Phone:  (312) 759-1920
Fax:  (312) 759-1939

*Attorneys for Greenwich Insurance Company*

**Of Counsel:**

John W. Duchelle
Troutman Sanders LLP
401 9th Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 662-2090
Facsimile:  (202) 274-2994

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of November, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

**Cindy M. Johnson**
Johnson & Newby, LLC
39 S. LaSalle Street
Suite 820
Chicago, IL 60603
(312) 345-1306
Email: cjohnson@jnlegal.net
*Counsel for Debtor*

**John M. Holowach**
Johnson and Newby
39 S. LaSale Street
Suite 820
Chicago, IL 60620
(312) 345-1306
Email: JHolowach@jnlegal.net
*Counsel for Debtor*

**Allen J. Guon**
Shaw Gussis Fishman Glantz Wolfson & Tow
321 N. Clark St., Suite 800
Chicago, Il 60610
(312) 541-0151
Email: aguon@shawgussis.com
*Counsel for Trustee*

**Carrie A. Zuniga**
Leibowitz Law Center
420 West Clayton Street
Waukegan, IL 60085-4216
(847) 249-9100
Email: czuniga@lakelaw.com
*Counsel for Trustee*

**David P. Leibowitz**
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085-4232
(847) 249-9100
Email: dleibowitz@lakelaw.com

*Trustee*

**Ira Bodenstein**
Shaw, Gussis, Fishman, Glantz, etal
321 N. Clark Street
Suite 800
Chicago, IL 60610
(312) 666-2861
Email: ibodenstein@shawgussis.com
*Counsel for Trustee*

**Jonathan T. Brand**
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
(847) 249-9100
Email: jbrand@lakelaw.com
*Counsel for Trustee*

**John W. Guzzardo**
jguzzardo@shawgussis.com
*Counsel for Trustee*

**William T. Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
(312) 886-5785
*U.S. Trustee*

**Janie A. Alwin**
janice.alwin@bfkn.com
*Counsel for Creditor West Suburban Bank*

**Thomas V. Askounis**
taskounis@askounisdarcy.com, jburt@askounisdarcy.com
*Counsel for Creditor Askounis & Darcy, PC*

**Paige E. Barr**
paige.barr@kattenlaw.com
*Counsel for Creditor First Chicago Bank and Trust Company*

**John P. Sieger**
john.sieger@kattenlaw.com
*Counsel for Creditor First Chicago Bank and Trust Company*

**Courtney E. Barr**
cbarr@lockelord.com, docket@lockelord.com
*Counsel for Creditor FirstMerit Bank, N.A.*

**William J. Barrett**
william.barrett@bfkn.com
*Counsel for Creditor West Suburban Bank*

**Jason J. Ben**
jben@kayescholer.com
*Counsel for Interested Party Autobahn Funding Company LLC*

**Carly Berard**
cberard@rockfuscollc.com
*Counsel for Creditor Ben Franklin Bank of Illinois*

**Francis X. Buckley**
fxbuckleyjr@thompsoncoburn.com
*Counsel for Creditor U.S. BANK NATIONAL ASSOCIATION*

**Christine L. Childers**
cchilders@jenner.com, docketing@jenner.com
*Counsel for Interested Party Rudolph Trebels*

**Alex Darcy**
adarcy@askounisdarcy.com
*Creditor Askounis & Darcy, PC*

**Barbara J Dutton**
duttonlaw@aol.com, lisar@duttonlaw.com
*Counsel for Creditor BARCLAYS CAPITAL REAL ESTATE INC. DBA
HOMEQ SERVICING AS SERVICER FOR WELLS FARGO BANK*

**Andrea L. Frost**
afrost@kayescholer.com
*Counsel for Creditor AG Deutsche Zentral-Genossenschaftsbank*

**Matthew Gensburg**
gensburgm@gtlaw.com, chiedocket@gtlaw.com;carlsonk@gtlaw.com
*Counsel for Creditors Arthur Levinson and Leonard Ludwig*

**Ethan Ostrow**
ostrowe@gtlaw.com, carlsonk@gtlaw.com
*Counsel for Creditor Arthur Levinson and Leonard Ludwig*

**Emily S. Gottlieb**

emily_gottlieb@gardencitygroup.com, kenneth_freda@gardencitygroup.com
*Counsel for Other Prof. The Garden City Group, Inc.*

**Daniel T. Graham**
dgraham@fvldlaw.com
*Counsel for Creditor Worldwide Export, Inc.*

**Vincent E. Lazar**
vlazar@jenner.com, lyap@jenner.com;jeberhard@jenner.com;docketing@jenner.com
*Counsel for Interested Party Rudolph Trebels*

**Mitchell Lieberman**
mlieberman@noonanandlieberman.com, knoonan@noonanandlieberman.com
*Counsel for Creditor Susquehanna Commercial Finance, Inc.*

**Inez M. Markovich**
imarkovich@dpattorneys.com, climbach@dpattorneys.com
*Counsel for Creditor Coactiv Capital Partners, Inc.*

**David P. Vallas**
vallas@wildman.com, ksoto@wildman.com;ecf-filings@wildman.com
*Counsel for Creditor Coactiv Capital Partners, Inc.*

**Gini S. Marziani**
gsmarziani@davismcgrath.com, mjoseph@davismcgrath.com,lmiller@davismcgrath.com
*Counsel for Creditor Alex and Sally Nichols*

**Kelly J. McClintic**
kmcclintic@keatingshure.com, kkeating@keatingshure.com
*Counsel for Interested Party HomeBank of Arkansas*

**Kristin T. Mihelic**
kmihelic@formanlaw.com
*Counsel for Creditor Lakeland Bank, Equipment Leasing Division, a New Jersey State Bank*

**Lauren N. Nachinson**
Lauren.Nachinson@quarles.com, Faye.Feinstein@quarles.com
*Counsel for Creditor Northside Community Bank*

**Ann E. Pille**
ann.pille@dlapiper.com, apille@reedsmith.com
*Counsel for Creditor George Washington Savings Bank*

**George Rosenberg**
grosenberg@co.arapahoe.co.us

*Counsel for Creditor Treasurer of Arapahoe County Colorado*

**Ernest D. Simon**
esimon@erniesimon.com
*Counsel for Creditor Devon Bank*

**Michael J. Small**
msmall@foley.com, khall@foley.com
*Counsel for Creditor VV Ventures, LLC*

**James B. Sowka**
jsowka@seyfarth.com
*Counsel for Creditor AI Credit Corporation*


    /s/ Sara Doran