**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:

IFC CREDIT CORPORATION,

    Debtor.
_____/

Chapter 7
Case No. 09-B-27094
Hon. Jacqueline P. Cox

DAVID P. LEIBOWITZ, as Chapter 7 trustee
for IFC Credit Corporation,

    Plaintiff,

v.

FIRST CHICAGO BANK AND TRUST;
COACTIV CAPITAL PARTNERS, INC.;
MANUFACTURERS AND TRADERS
TRUST COMPANY; GREENWICH
INSURANCE COMPANY; RUDOLPH D.
TREBELS; LEE TREBELS; MARC LANGS;
JAMES W. KILEY; and JAMES F. WHITE

    Defendants.
_____/

Adv. Pro. No. 09-01010

Date of Hearing: December 16, 2009
Time of Hearing: 1:30 p.m. (CST)

## **NOTICE OF MOTION**

To:    See Attached Service List

    PLEASE TAKE NOTICE that on Wednesday December 16, 2009 at 1:30 p.m., I shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in Courtroom 619, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois or before any other Bankruptcy Judge who may be sitting in her place and shall present and request an immediate hearing on First Chicago Bank and Trust's Motion to Dismiss, a copy of which is attached hereto and is herewith served upon you.

Dated: December 4, 2009 By: /s/ Paige E. Barr
    One of Its Attorneys

    John P. Sieger (ARDC No. 6240033)
    William J. Dorsey (ARDC No. 6271181)
    Paige E. Barr (ARDC No. 6282474)
    KATTEN MUCHIN ROSENMAN LLP
    525 West Monroe Street
    Chicago, Illinois 60661-3693
    Telephone: (312) 902-5200
    Facsimile: (312) 902-1061

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney, does hereby certify that on December 4, 2009, she caused true and correct copies of the attached *Notice and Motion to Dismiss* to be filed with the Court's CM/ECF system, which automatically served the following:

Paige E Barr on behalf of Defendant First Chicago Bank and Trust Company
paige.barr@kattenlaw.com

Ira Bodenstein on behalf of blank IFC Credit Corporation
ibodenstein@shawgussis.com

Christine L Childers on behalf of Defendant Rudolph Trebels
cchilders@jenner.com, docketing@jenner.com

Sara H Doran on behalf of Defendant Greenwich Insurance Company
sara.doran@troutmansanders.com

John W Guzzardo on behalf of Plaintiff David Leibowitz
jguzzardo@shawgussis.com

Inez M Markovich on behalf of Defendant Coactive Capital Partners, Inc.
imarkovich@dpattorneys.com, climbach@dpattorneys.com

John P Sieger on behalf of Defendant First Chicago Bank and Trust Company
john.sieger@kattenlaw.com

Pia N Thompson on behalf of Defendant Manufacturers and Traders Trust Company
pthompson@ksnlaw.com

David P. Vallas on behalf of Defendant Coactive Capital Partners, Inc.
vallas@wildman.com, fleming@wildman.com;ecf-filings@wildman.com

And served the following via U.S. Mail:

David B Goodman on behalf of blank IFC Credit Corporation
Shaw Gussis et al.
321 N. Clark St.
Ste. 800
Chicago, IL 60654

John W Guzzardo on behalf of blank IFC Credit Corporation
Shaw Gussis et al.
321 N. Clark St.
Ste. 800
Chicago, IL 60654

Deirdre M Richards on behalf of Defendant Manufacturers and Traders Trust Company
Lamm Rubenstone LLC
3600 Horizon Blvd Suite 200
Trevose, PA 19053

John B Simon on behalf of Defendant Rudolph Trebels
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654

                                                /s/ Paige E. Barr

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | |
| IFC CREDIT CORPORATION, | Chapter 7<br>Case No. 09-B-27094<br>Hon. Jacqueline P. Cox |
|     Debtor. | |
| _____/ | |
| DAVID P. LEIBOWITZ, as Chapter 7 trustee<br>for IFC Credit Corporation, | |
|     Plaintiff, | Adv. Pro. No. 09-01010 |
| v. | |
| FIRST CHICAGO BANK AND TRUST;<br>COACTIV CAPITAL PARTNERS, INC.;<br>MANUFACTURERS AND TRADERS<br>TRUST COMPANY; GREENWICH<br>INSURANCE COMPANY; RUDOLPH D.<br>TREBELS; LEE TREBELS; MARC LANGS;<br>JAMES W. KILEY; and JAMES F. WHITE | Date of Hearing: December 16, 2009<br>Time of Hearing: 1:30 p.m. (CST) |
|     Defendants. | |
| _____/ | |

**MOTION TO DISMISS**

First Chicago Bank and Trust ("First Chicago"), by and through its undersigned counsel, hereby submits its Motion to Dismiss (this "Motion") this adversary proceeding number 09-01010 (this "Adversary Proceeding"). In support of this Motion, First Chicago states as follows:

1. This Adversary Proceeding must be dismissed because (i) the underlying bankruptcy case ("Bankruptcy Case") of IFC Credit Corporation (the "IFC") was filed *pro se* and is consequently null and void and (ii) this Court lacks subject matter jurisdiction over claims the Trustee seeks to enjoin.

1

2. On November 4, 2009, First Chicago filed a motion to dismiss IFC's underlying bankruptcy case [Doc. No. 316 in Case No. 09-B-27094] ("Motion to Dismiss Chapter 7 Case") because it was filed by IFC *pro se* and is consequently null and void. First Chicago expressly adopts and incorporates its Motion to Dismiss Chapter 7 Case, its reply, and the oral argument on that pending motion as if fully set forth herein.

3. On October 20, 2009, the Trustee filed his Complaint initiating this Adversary Proceeding. At the same time, he filed a Motion for a Temporary Restraining Order and Preliminary Injunction Pursuant To Sections 105(a) and 363(a)(3) of the Bankruptcy Code and Rule 7065 of the Federal Rules of Bankruptcy Procedure (I) Staying Litigation and Attempts to Incur Defense Expenses or Otherwise Obtain Possession or Control of the Proceeds of the D&O Insurance Policy and (II) Seeking an Expedited Briefing Schedule and Hearing on the Trustee's Motion For Preliminary Injunction ("Injunction Motion").

4. First Chicago filed an objection to the Injunction Motion on November 4, 2009 [Doc. No. 20] ("Objection") on the grounds that the Court lacks subject matter jurisdiction over the claims the Trustee seeks to enjoin. Namely, the claims asserted by First Chicago are specific in nature; and this Court lacks "related to" jurisdiction over them. First Chicago also expressly adopts and incorporates its Objection as if fully set forth herein as well as the arguments raised by CoActiv, M&T, and Greenwich in their respective objections.

WHEREFORE, First Chicago respectfully requests that the Court enter an order dismissing the Adversary Proceeding as to First Chicago, and grant First Chicago such additional relief as the Court deems just and proper.

[Continued on Following Page]

Dated: December 4, 2009        Respectfully submitted;

**FIRST CHICAGO BANK AND TRUST**

By: /s/ Paige E. Barr
       One of Its Attorneys

John P. Sieger (ARDC No. 6240033)
William J. Dorsey (ARDC No. 6271181)
Paige E. Barr (ARDC No. 6282474)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

60763933

3