# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| IFC CREDIT CORPORATION | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 09 B 27094 |
| | ) | |
| ———————————————— | ) | Hon. Jacqueline P. Cox |
| | ) | |
| DAVID P. LEIBOWITZ, solely in his | ) | |
| capacity as the chapter 7 trustee of the | ) | |
| Debtor's estate | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. No. 09-001010 |
| | ) | |
| FIRST CHICAGO BANK AND TRUST; | ) | |
| | ) | |
| COACTIV CAPITAL PARTNERS, INC; | ) | |
| | ) | |
| MANUFACTURERS AND TRADERS | ) | |
| TRUST COMPANY; | ) | |
| | ) | |
| BEN FRANKLIN BANK OF ILLINOIS; | ) | |
| | ) | |
| GREENWICH INSURANCE COMPANY; | ) | |
| | ) | |
| RUDOLPH D. TREBELS; LEE TREBELS; | ) | |
| MARC LANGS, | ) | |
| | ) | |
| JAMES W. KILEY; and JAMES F. WHITE | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    **See Attached Service List**

**PLEASE TAKE NOTICE** that on **June 9, 2010 at 10:00 a.m.**, as soon as counsel may be heard, the undersigned shall appear before the Honorable Jacqueline P. Cox, in Courtroom 615, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Trustee's Second Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362(a)(3) of the Bankruptcy Code and Rule 7065 of the Federal Rules of Bankruptcy Procedure Staying Litigation or Otherwise Obtain Possession or Control of the Proceeds of the D&O Insurance Policy Pending Resolution of the Adversary Proceeding Against Trebels and Langs**, a copy of which is hereby served upon you.

{7198 MOT A0261251.DOC}

Respectfully submitted,
David P. Leibowitz, solely in his
capacity as the Chapter 7 Trustee, for
the Estate of IFC Credit Corporation

Dated: May 20, 2010

By: */s/ John Guzzardo*
               One of his attorneys

Ira Bodenstein
David B. Goodman
John Guzzardo
Shaw Gussis Fishman Glantz
   Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151 phone
(312) 275-252-4905 fax

## CERTIFICATE OF SERVICE

John Guzzardo, an attorney, certifies that service of the above and foregoing notice and attached pleadings was accomplished in the manner indicated on May 20, 2010.

*/s/ John Guzzardo*

## SERVICE LIST

### Via CM/ECF

| | | |
|---|---|---|
| **Paige E Barr**<br>paige.barr@kattenlaw.com | representing | **First Chicago Bank and Trust Company**<br>*(Defendant)* |
| **Ira Bodenstein**<br>ibodenstein@shawgussis.com | representing | **David Leibowitz**<br>as Chapter 7 Trustee for the estate of IFC Credit Corp<br>*(Plaintiff)* |
| **Matthew R Carter**<br>mcarter@winston.com | representing | **James W Kiley**<br>*(Defendant)*<br><br>**James F White**<br>*(Defendant)* |
| **Christine L Childers**<br>cchilders@jenner.com | representing | **Rudolph D Trebels**<br>*(Defendant)* |

{7198 MOT A0261251.DOC}

2

| | | |
|---|---|---|
| **William J Dorsey**<br>william.dorsey@kattenlaw.com | representing | **First Chicago Bank and Trust Company**<br>*(Defendant)* |
| **Nancy G Everett**<br>neverett@winston.com | representing | **James W Kiley**<br>*(Defendant)* |
| | | **James F White**<br>*(Defendant)* |
| **David B Goodman**<br>dgoodman@shawgussis.com | representing | **David Leibowitz**<br>as Chapter 7 Trustee for the estate of<br>IFC Credit Corp<br>*(Plaintiff)* |
| **John W Guzzardo**<br>jguzzardo@shawgussis.com | representing | **David Leibowitz**<br>as Chapter 7 Trustee for the estate of<br>IFC Credit Corp<br>*(Plaintiff)* |
| **Inez M Markovich**<br>imarkovich@dpattorneys.com | representing | **Coactive Capital Partners, Inc.**<br>*(Defendant)* |
| **Deirdre M Richards**<br>drichards@lammrubenstone.com | representing | **Manufacturers and Traders Trust Company**<br>*(Defendant)* |
| **Stephen J Senderowitz**<br>ssenderowitz@winston.com | representing | **James F White**<br>*(Defendant)* |
| **John P Sieger**<br>john.sieger@kattenlaw.com | representing | **First Chicago Bank and Trust Company**<br>*(Defendant)* |
| **John B Simon**<br>jsimon@jenner.com | representing | **Rudolph D Trebels**<br>*(Defendant)* |
| **Pia N Thompson**<br>pthompson@ksnlaw.com | representing | **Manufacturers and Traders Trust Company**<br>*(Defendant)* |
| **David P. Vallas**<br>vallas@wildman.com | representing | **Coactive Capital Partners, Inc.**<br>*(Defendant)* |

{7198 MOT A0261251.DOC}

**Christopher H White**
christopher.white@troutmansanders.com   representing   **Greenwich Insurance Company**
*(Defendant)*


**James B. Novy**
jnovy@rockfuscollc.com

representing   **Ben Franklin Bank of Illinois**
*(Defendant)*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| IFC CREDIT CORPORATION | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 09 B 27094 |
| | ) | |
| _____ | ) | Hon. Jacqueline P. Cox |
| | ) | |
| DAVID P. LEIBOWITZ, solely in his capacity as the chapter 7 trustee of the Debtor's estate | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. No. 09-001010 |
| | ) | |
| FIRST CHICAGO BANK AND TRUST; | ) | |
| | ) | |
| COACTIV CAPITAL PARTNERS, INC; | ) | |
| | ) | |
| MANUFACTURERS AND TRADERS TRUST COMPANY; | ) ) | |
| | ) | |
| BEN FRANKLIN BANK OF ILLINOIS; | ) | |
| | ) | |
| GREENWICH INSURANCE COMPANY; | ) | |
| | ) | |
| RUDOLPH D. TREBELS; LEE TREBELS; MARC LANGS, | ) ) | |
| | ) | |
| JAMES W. KILEY; and JAMES F. WHITE | ) | |
| | ) | |
| Defendants. | ) | |

**TRUSTEE'S SECOND MOTION FOR A PRELIMINARY INJUNCTION PURSUANT TO SECTIONS 105(a) AND 362(a)(3) OF THE BANKRUPTCY CODE AND RULE 7065 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE STAYING LITIGATION OR OTHERWISE OBTAIN POSSESSION OR CONTROL OF THE PROCEEDS OF THE D&O INSURANCE POLICY PENDING RESOLUTION OF THE <u>ADVERSARY PROCEEDING AGAINST TREBELS AND LANGS</u>**

David P. Leibowitz, as Chapter 7 Trustee (the "Trustee"), for the Estate of IFC

Credit Corporation ("IFC" or the "Debtor"), having commenced the above-captioned adversary

proceeding by filing a Complaint on October 20, 2009 (the "Complaint"), hereby submits this

Second Motion for a Preliminary Injunction Pursuant To Sections 105(a) and 362(a)(3) of the

{7198 MOT A0261251.DOC}

5

Bankruptcy Code and Rule 7065 of the Federal Rules of Bankruptcy Procedure Staying

Litigation or Otherwise Obtain Possession or Control of the Proceeds of the D&O Insurance

Pending Resolution of the Adversary Proceeding Against Trebels and Langs (the "Motion") to

stay attempts by First Chicago Bank And Trust ("First Chicago"), CoActiv Capital Partners, Inc.

("CoActiv"); Manufacturers and Traders Trust Company, successor by merger to Court Square

Leasing Corp. ("M&T"); Greenwich Insurance Company ("Greenwich"), Ben Franklin Bank of

Illinois ("Ben Franklin"), Rudolph ("Rudy") D. Trebels ("Trebels"), Marc Langs ("Langs"), Lee

Trebels, James W. Kiley ("Kiley") and James F. White ("White") (collectively, the

"Defendants") from (a) obtaining possession or control of the proceeds of a $5 million D&O

Policy,[1] including expenditures or advances of Defense Expenses with the exception of those

reasonable and necessary Defense Expenses incurred in the defense of the adversary proceeding

filed in this Court on April 30, 2010 and styled as *Leibowitz v. Trebels*, Adv. No. 10-1062 (the

"Trebels and Langs Action"); and (b) enjoin the litigation identified below to prevent the accrual

of certain Defendants' Defense Expenses which are charged against the aggregate liability of the

Policy until the Trebels and Langs Action is resolved.

The cases which the Trustee seeks to enjoin are:

- *First Chicago Bank and Trust v. Rudolph Trebels, et al.,* Case No. 09 CH 30153 (Cir. Ct., Cook County, Ill.)

- *Manufacturers And Traders Trust Company, Successor By Merger To Court Square Leasing v. Trebels,* Case No. 09-4192 (E.D. Pa.)

- *CoActiv Capital Partners, Inc. v. IFC Credit Corp. et al.,* 09-CV-06116 (N.D. Ill.)

---

[1] Capitalized terms not otherwise defined have the meaning ascribed to them in the Complaint or the Policy.

{7198 MOT A0261251.DOC}

6

- *Ben Franklin Bank of Illinois, a federal savings bank v. Rudolph D. Trebels, individually,* Case No.: 09 L 011706 (Cir. Ct., Cook County, Ill.) (hereinafter collectively referred to as the "Litigation").

In support of the Motion, the Trustee incorporates the Verified First Amended Complaint of the Trustee For Injunctive and Declaratory Relief and the Verified Complaint filed in the Trebels and Langs Action and submits the attached Memorandum.

WHEREFORE, the Trustee respectfully requests this Court to:

1.    Preliminary enjoin all Defendants from any further prosecution of or further action in the Litigation until the final resolution of the Trebels and Langs Action;

2.    Preliminarily enjoin Rudy Trebels, Marc Langs, Lee Trebels, James Kiley and James White from making any attempts to obtain possession or control over D&O Policy proceeds for any and all purposes including, but not limited to, advancement of Defense Expenses, with the exception of those reasonable and necessary Defense Expenses incurred in connection with the Trebels and Langs Action;

3.    Preliminarily enjoin Greenwich Insurance Company from advancing or otherwise distributing any Policy proceeds, with the exception of those reasonable and necessary Defense Expenses incurred in connection with the Trebels and Langs Action;

4.    Declare that, as the movant is the Trustee, that there is no bond requirement for injunctive relief pursuant to Federal Rule of Bankruptcy Procedure 7065; and

5.    Order such additional relief as the Court deems just and proper.

{7198 MOT A0261251.DOC}

Respectfully submitted,
David P. Leibowitz, solely in his
capacity as the chapter 7 trustee, for
the estate of IFC Credit Corporation

Dated:  May 20, 2010

Ira Bodenstein
David B. Goodman
John Guzzardo
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 276-1333 phone
(312) 275-0569 fax

By:  */s/ John Guzzardo*
One of his attorneys

{7198 MOT A0261251.DOC}

8